IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-93-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FRANCISCO HERMENEJILDO CASTREJON-HERNANDEZ | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 22, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d), as made applicable by Title 28, United States Code, 2461(c), based upon the defendant pleading guilty to 18 U.S.C. §§ 922(g)(5) and 924, and agreeing to the forfeiture of the property listed in the April 22, 2010 Preliminary Order of Forfeiture, to wit, firearms and ammunition seized from 117 Rainbow Road, Red Springs, North Carolina, specifically:

**Ammunition**

1) Thirty-two (32) rounds of .357 caliber ammunition

2) Twelve (12) gauge shotgun rounds

3) Ninety (90) rounds of .22 caliber ammunition

**Firearms**

1) Winchester Model 190 .22 caliber rifle, Serial Number B1040260,

2) Rossi .357 caliber handgun, Serial Number VH973176

3) SKG 12 gauge shotgun, Serial Number NSG01703.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 11, 2010 and June 9, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's April 22, 2010 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the April 22, 2010 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Homeland Security, Immigration and Customs Enforcement is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Homeland Security as soon as located or recovered into the Department of Homeland Security's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __18__ of day __August__, 2010.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

3